UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLIN GREEN, individually and on behalf of all others similarly situated** | * * | **CIVIL ACTION NO:  14-01688** |
| | * | **SECTION "E" (4)** |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **EBAY INC., a Delaware corporation** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |

**DEFENDANT EBAY INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT (FED. R. CIV. P. 12(B)(1) AND 12(B)(6))**

**NOW INTO COURT,** through undersigned counsel, comes Defendant eBay Inc. ("eBay"), and moves to dismiss all claims asserted by Plaintiff for the following reasons:

- Plaintiff has failed to allege a cognizable injury-in-fact and therefore does not have standing to pursue his claims in federal court under Article III of the United States Constitution;

- Plaintiff has failed to state a negligence claim against eBay;

- Plaintiff has failed to state a claim under the Stored Communications Act, 18 U.S.C. § 2702;

- Plaintiff has failed to state a claim under the Louisiana Database Security Breach Notification Law, La. Rev. Stat. Ann. § 51:3071 *et seq.*;

- Plaintiff has failed to state a claim for breach of contract;

- Plaintiff has failed to state a claim for breach of implied contract;

- Plaintiff has failed to state a claim for breach of fiduciary duty;

- Plaintiff has failed to state a claim for breach of bailment;

- Plaintiff has failed to state a claim under the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801;

- Plaintiff has failed to state a claim for violation of the information protection laws of 47 states and territories; and

- Plaintiff has failed to state a claim under the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

All claims asserted by the Plaintiff should be dismissed with prejudice.

Dated: September 30, 2014					Respectfully submitted,

**FRILOT L.L.C.**

/s/ *Kerry J. Miller*_____
**KERRY J. MILLER (#24562), T.A.**
**JOSEPH N. MOLE (#09538)**
**HEATHER MCARTHUR (#32897)**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:	(504) 599-8000
Facsimile:	(504) 599-8100
Email:		kmiller@frilot.com
		jmole@frilot.com
		hmcarthur@frilot.com
**Local Counsel for Defendant, eBay, Inc.**

**COOLEY LLP**

/s/ *Matthew D. Brown*_____
**MICHAEL G. RHODES (*Pro Hac Vice*)**
**MATTHEW D. BROWN (*Pro Hac Vice*)**
**BENJAMIN KLEINE (*Pro Hac Vice*)**
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:	(415) 693-2188
Facsimile:	(415) 593-2222
Email:		rhodesmg@cooley.com
		brownmd@cooley.com
		bkleine@cooley.com

3.

**Lead Counsel for Defendant, eBay, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 30th day of September, 2014. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**